372 A.2d 413

Central National Insurance Group of Omaha, Appellant,
v. Martin, et al.

Argued December 10, 1976. Douglas P. Coopersmith, with him Alvin M. Weiss, for appellant; Richard J. Van Roden, with him Solo & Padova, for appellees.

Order affirmed.

372 A.2d 413

Commonwealth v. Andrews, Appellant.

Submitted November 24, 1975. Larry P. Gaitens, and Lucchino, Gaitens & Hough, for appellant; Robert L. Eberhardt, Assistant District Attorney, and John J. Hickton, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.